PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

RECEIVED
JUL 22 2008
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

**United States v. Jaevon Darnell Giddens**

**Docket Nos. 0:99CR00348-001(DWF) and 0:00CR00041-001(DWF)**

**Petition on Supervised Release**

COMES NOW **Richard W. Hermes**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Jaevon Darnell Giddens** who was sentenced for Felon in Possession of a Firearm and Bail Jumping on May 12, 2000, by the Honorable Donovan W. Frank, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

No alcohol; not to enter establishment where alcohol is sold; drug/alcohol treatment program; and mandatory drug testing

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Jaevon Darnell Giddens was released from the custody of the Bureau of Prisons on July 16, 2008. In an effort to assist Jaevon Darnell Giddens in maintaining employment, it is requested the Court modify his conditions of supervision to include the District of Minnesota's employment condition. On July 16, 2008, Jaevon Darnell Giddens reviewed the proposed modification and executed a Prob 49, Hearing Waiver, offering no objection.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following: If not employed at a regular lawful occupation, as deemed appropriate by the probation officer, the defendant may be required to perform up to 20 hours of community service per week until employed. The defendant may also participate in training, counseling, daily job search, or other employment-related activities, as directed by the probation officer.

SCANNED
JUL 22 2008
U.S. DISTRICT COURT ST. PAUL

ORDER OF THE COURT

Considered and ordered this 21st day of July, 2008, and ordered filed and made a part of the records in the above case.

Honorable Donovan W. Frank
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Richard W. Hermes
U.S. Probation Officer
Telephone: 612-664-5368

Executed on July 16, 2008
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer